IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | :  Case No.: 5:05-cr-35 |
| **v.** | : |
| | : |
| | : |
| **KEITUS LEO HURT** | : |

_____

### *ORDER ON DEFENDANT'S MOTION TO APPEAL IN FORMA PAUPERIS*

Before the Court is Defendant's Motion to Appeal *in forma pauperis*. [Doc. 80]. Through this motion, Defendant seeks to appeal his conviction and sentence without paying the appellate court costs.  Defendant also seeks a copy of his trial transcript.  Together with his motion, Defendant filed a certificate prepared and signed by the Inmate Account Clerk at the Dooly County Jail, where Defendant is incarcerated.

As it appears that Defendant is unable to pay the cost of appealing his conviction or the cost of obtaining a trial transcript, his application to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED.**  This 10th day of October, 2006.

s/   Hugh Lawson
JUDGE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

AEG

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Case No.: 5:05-cr-35 |
| **v.** : | |
| : | |
| : | |
| **KEITUS LEO HURT** : | |

_____

*ORDER ON DEFENDANT'S MOTION TO APPEAL IN FORMA PAUPERIS*

Before the Court is Defendant's Motion to Appeal *in forma pauperis*. [Doc. 80]. Through this motion, Defendant seeks to appeal his conviction and sentence without paying the appellate court costs. Defendant also seeks a copy of his trial transcript. Together with his motion, Defendant filed a certificate prepared and signed by the Inmate Account Clerk at the Dooly County Jail, where Defendant is incarcerated.

As it appears that Defendant is unable to pay the cost of appealing his conviction or the cost of obtaining a trial transcript, his application to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED.** This 10th day of October, 2006.

s/    Hugh Lawson
JUDGE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

AEG

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Case No.: 5:05-cr-35** |
| **v.** : | |
| : | |
| : | |
| **KEITUS LEO HURT** : | |

_____

### *ORDER ON DEFENDANT'S MOTION TO APPEAL IN FORMA PAUPERIS*

Before the Court is Defendant's Motion to Appeal *in forma pauperis*. [Doc. 80]. Through this motion, Defendant seeks to appeal his conviction and sentence without paying the appellate court costs. Defendant also seeks a copy of his trial transcript. Together with his motion, Defendant filed a certificate prepared and signed by the Inmate Account Clerk at the Dooly County Jail, where Defendant is incarcerated.

As it appears that Defendant is unable to pay the cost of appealing his conviction or the cost of obtaining a trial transcript, his application to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED.** This 10th day of October, 2006.

s/   Hugh Lawson
JUDGE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

AEG

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | Case No.: 5:05-cr-35 |
| **v.** : | |
| : | |
| : | |
| **KEITUS LEO HURT** : | |

_____

### *ORDER ON DEFENDANT'S MOTION TO APPEAL IN FORMA PAUPERIS*

Before the Court is Defendant's Motion to Appeal *in forma pauperis*. [Doc. 80]. Through this motion, Defendant seeks to appeal his conviction and sentence without paying the appellate court costs. Defendant also seeks a copy of his trial transcript. Together with his motion, Defendant filed a certificate prepared and signed by the Inmate Account Clerk at the Dooly County Jail, where Defendant is incarcerated.

As it appears that Defendant is unable to pay the cost of appealing his conviction or the cost of obtaining a trial transcript, his application to proceed on appeal *in forma pauperis* is **GRANTED**.

**SO ORDERED.** This 10th day of October, 2006.

s/    Hugh Lawson
JUDGE HUGH LAWSON
UNITED STATES DISTRICT JUDGE

AEG